UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND


DORRAN JONES

v.                                                          CA 08-476 ML

JOHNSON AND WALES UNIVERSITY


MEMORANDUM AND ORDER


This matter is before the Court on Plaintiff's objection to the Report and
Recommendation issued by Magistrate Judge Almond on August 20, 2010.  Magistrate
Judge Almond recommends that Defendant's Motion for Summary Judgment be
granted as to all claims in the Amended Complaint.

This Court has reviewed the Report and Recommendation and Plaintiff's
objection.  The Court finds that Magistrate Judge Almond has thoroughly set forth the
procedural history of this case, and he has painstakingly set forth the undisputed facts.
Moreover, the Magistrate Judge's legal analysis carefully and correctly applies pertinent
statutory and case law to those facts.  Plaintiff's objection, however, fails to address the
many factual and legal deficiencies of his claims as identified in the Report and
Recommendation.

This Court concurs in Magistrate Judge Almond's assessment and
recommendation.  Accordingly, Defendant's Motion for Summary Judgment is

GRANTED as to all claims made in the Amended Complaint.  The Clerk is directed to

enter judgment in favor of Defendant.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
September  9  , 2010